*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    September 18, 2014                    105997
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                          MEMORANDUM AND ORDER

EMMA J. MAXWELL,
                        Appellant.
_____

Calendar Date:   August 4, 2014

Before:   Peters, P.J., Lahtinen, Rose, Egan Jr. and Devine, JJ.

_____

        Rachel Rappazzo, Schenectady, for appellant.

        James Sacket, District Attorney, Schoharie (Michael L. Breen of counsel), for respondent.

_____

        Appeal from a judgment of the County Court of Schoharie County (Bartlett III, J.), rendered April 17, 2013, convicting defendant upon her plea of guilty of the crime of grand larceny in the second degree.

        Defendant pleaded guilty to grand larceny in the second degree and waived her right to appeal.  County Court thereafter sentenced her to 1⅔ to 5 years in prison.  Defendant now appeals.

        Defendant's sole contention on appeal is that her sentence is harsh and excessive.  This argument is foreclosed, however, by her valid waiver of the right to appeal her conviction and sentence, which she has not challenged (see People v Maughan, 112 AD3d 1233, 1233 [2013]; People v Ball, 108 AD3d 871, 872 [2013]).  Accordingly, we affirm the judgment of conviction.

Peters, P.J., Lahtinen, Rose, Egan Jr. and Devine, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court